# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-0674-NJK |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| KEITH EDWARD CRUZ, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed on September 9, 2019 against Keith Edward Cruz.

DATED this  30th  day of March, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL L. KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  30th  day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE